Remove Your Media® , LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
6/20/2020 3:44:47 PM

re:   https://www.readjump.com   ( IP 185.178.208.172 )

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of http://www.viz.com whose exclusive copyrights are being
infringed. The information in this notice is accurate.

Original Works & Copyright Holder(s):
VIZ Media LLC
1355 Market St., Suite 200
San Francisco, CA 94103
ph # 415-546-7073

The work in question is ©Copyright Translated Japanese Media,Title(s):
One Punch Man/Manga

I have a good faith belief that the items or materials listed below are not authorized
by the above owners, their agents or the law and therefore infringe the owner's rights.
Please act expeditiously to remove or disable access to the infringing material or items
listed as follows - the images, videos and/or download links at the following URL(s):

https://readjump.com/one-piece

Truthfully,
/S/: Eric Green